IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| HOYT A. FLEMING, | |
|---|---|
| Plaintiff, | Case No. CV 09-105-S-BLW |
| v. | **ORDER** |
| ESCORT, INC. and BELTRONICS USA, INC., | |
| Defendants. | |

The Court issued an order (docket no. 85) directing plaintiff to determine if the Passport iQ added new infringement contentions to the case. Plaintiff has now informed the Court that adding the Passport iQ will not add any new infringement contentions to the case. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Passport iQ is added to this case on the understanding that it will raise no new infringement contentions.

IT IS FURTHER ORDERED, that the parties are directed to conduct discovery assuming that the Passport iQ is part of this case.

DATED: **November 12, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 1