IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>      Plaintiff,<br><br>  v.<br><br>ESCORT, INC. and BELTRONICS<br>USA, INC.,<br><br>      Defendants. | Case No.  1:CV-09-105-BLW<br><br>**Special Verdict Form** |

## Special Verdict Form Instructions

When answering the following questions and filling out this form, please follow the directions provided throughout this form.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

### Special Verdict Findings

We, the jury, unanimously agree to the answers to the following questions:

**Findings on Infringement**

A.   *Direct Infringement*

Did Mr. Fleming prove that it is more likely than not that any of the following asserted claims of the '038 patent and/or the '653 patent are infringed by the Beltronics

Special Verdict Form - 1

GX65, Passport 9500i, Passport 9500ix, and PassportiQ radar detectors ("the accused products")?  Place a "Yes" in each blank that corresponds to a claim that you find is infringed by one of Escort's accused products, or a "No" in each blank that corresponds to a claim that you find is not infringed by one of Escort's accused products.  Note, the Court has entered "Yes" for '038 patent claims 18, 45, 47, and 48 for each accused product because-as instructed-it has already found that Escort's and Beltronics' accused radar detectors infringe those claims.  An "X" has been placed in the chart with respect to claim 24 in the '653 patent because Mr. Fleming is not accusing the Passport 9500i of infringing that claim.  Accordingly, please answer claim 24 for the remaining accused radar detectors.

| As to the '038 Patent | | | | |
|---|---|---|---|---|
| '038 Patent Claim | Beltronics GX65 | Passport 9500i | Passport 9500ix | Passport iQ |
| Claim 1 | Yes | Yes | Yes | Yes |
| Claim 7 | Yes | Yes | Yes | Yes |
| Claim 18 | Yes | Yes | Yes | Yes |
| Claim 25 | Yes | Yes | Yes | Yes |
| Claim 28 | Yes | Yes | Yes | Yes |
| Claim 45 | Yes | Yes | Yes | Yes |
| Claim 47 | Yes | Yes | Yes | Yes |
| Claim 48 | Yes | Yes | Yes | Yes |

**Special Verdict Form - 2**

| As to the '653 Patent | | | | |
|---|---|---|---|---|
| '653 Patent Claims | Beltronics GX65 | Passport 9500i | Passport 9500ix | Passport iQ |
| Claim 22 | Yes | Yes | Yes | Yes |
| Claim 24 | Yes | X | Yes | Yes |
| Claim 31 | Yes | Yes | Yes | Yes |
| Claim 32 | Yes | Yes | Yes | Yes |
| Claim 33 | Yes | Yes | Yes | Yes |
| Claim 38 | Yes | Yes | Yes | Yes |
| Claim 41 | Yes | Yes | Yes | Yes |

For purposes of answering some of the questions that follow, the Court instructs you that claims 3, 5, 6, 26, and 27 in the '038 patent are infringed if you find that claim 1 in that patent is infringed. Knowing this may impact some of your answers below.

Special Verdict Form - 3

B. *Induced Infringement*

Did Mr. Fleming prove that it is more likely than not that Escort and Beltronics have

induced infringement of the '038 patent or the '653 patent?  Answer "Yes" (infringement) or "No"

(no infringement) for each listed Claim

| Induced Infringement of the '038 Patent | |
|---|---|
| '038 Patent Claim | "Yes" *or* "No" |
| Claim 1 | NO |
| Claim 3 | NO |
| Claim 5 | NO |
| Claim 6 | NO |
| Claim 7 | NO |
| Claim 25 | NO |
| Claim 28 | NO |

| Induced Infringement of the '653 Patent | |
|---|---|
| '653 Patent Claims | "Yes" *or* "No" |
| Claim 22 | NO |
| Claim 24 | NO |
| Claim 31 | NO |
| Claim 32 | NO |
| Claim 33 | NO |

Special Verdict Form - 4

C. *Contributory Infringement*

Did Mr. Fleming prove that it is more likely than not that Escort and Beltronics have contributed to the infringement of the '038 patent or the '653 patent?  Answer "Yes" (infringement) or "No" (no infringement) for each listed Claim

| Contributory Infringement of the '038 Patent | |
|---|---|
| '038 Patent Claim | "Yes" *or* "No" |
| Claim 1 | Yes |
| Claim 3 | Yes |
| Claim 5 | Yes |
| Claim 6 | Yes |
| Claim 7 | Yes |
| Claim 25 | Yes |
| Claim 28 | Yes |

| Contributory Infringement of the '653 Patent | |
|---|---|
| '653 Patent Claims | "Yes" *or* "No" |
| Claim 22 | Yes |
| Claim 24 | Yes |
| Claim 31 | Yes |
| Claim 32 | Yes |
| Claim 33 | Yes |

**Special Verdict Form - 5**

D.   *Willful Infringement*

Has Mr. Fleming proven that it is highly probable that Escort's infringement of the '038 patent

was willful?

Check either "Yes" or "No".

Yes _____   No _____ ✓

E.   *Willful Infringement*

Has Mr. Fleming proven that it is highly probable that Escort's infringement of the '653 patent

was willful?

Check either "Yes" or "No".

Yes _____   No _____ ✓

**Special Verdict Form - 6**

## FINDINGS ON INVALIDITY

A. *Anticipation*

Has Escort proven that it is highly probable that any of the following asserted claims of the '038 Patent and/or the '653 Patent are invalid as anticipated because Mr. Orr reduced to practice the same device or method as embodied in those claims?  In this regard, see Instructions 19 and 20.  Place a "Yes" in the corresponding blank of claims that you find that Escort has proven a claim invalid as anticipated, or place a "No" in the corresponding blank of claims that you find Escort has not proven invalid as anticipated.

| Findings on Invalidity – Anticipation | | | |
|---|---|---|---|
| '038 Patent | Yes or No | '653 Patent | Yes or No |
| Claim 1 | NO | Claim 22 | NO |
| Claim 3 | NO | Claim 30 | NO |
| Claim 5 | NO | Claim 31 | NO |
| Claim 6 | NO | Claim 38 | NO |
| Claim 7 | NO | Claim 41 | NO |
| Claim 18 | Yes | | |
| Claim 25 | NO | | |
| Claim 26 | NO | | |
| Claim 27 | NO | | |
| Claim 28 | NO | | |
| Claim 45 | Yes | | |
| Claim 47 | NO | | |
| Claim 48 | NO | | |

B.     *Abandonment, Suppression, Concealment*

Has Escort and Beltronics proven that it is highly probably that Mr. Orr did not abandon, suppress, or conceal what Escort and Beltronics contend he built in April-May of 1996?

Yes ___✓___     (Mr. Orr did not abandon, suppress, or conceal)


No _____      (Mr. Orr did abandon, suppress, or conceal)

**Special Verdict Form - 8**

C. *Obviousness*

**Question 1**:  Has Escort and Beltronics proven that it is highly probable that the following claims in the '038 patent are invalid due to obviousness in view of Mr. Orr's alleged prior invention and the Hoffberg reference?  Insert "YES" (claim invalid) or "NO" (claim valid) for each claim.

| '038 patent | |
|---|---|
| Claim 1 | Yes |
| Claim 3 | NO |
| Claim 5 | NO |
| Claim 6 | NO |
| Claim 7 | NO |
| Claim 18 | Yes |
| Claim 27 | NO |
| Claim 47 | NO |
| Claim 48 | NO |

**Question 2**:  Has Escort and Beltronics proven that it is highly probable that the following claim in the '038 patent is invalid due to obviousness in view of Mr. Orr's alleged prior invention and the Ross reference?  Insert "YES" (claim invalid) or "NO" (claim valid) for each claim.

| '038 patent | |
|---|---|
| Claim 18 | Yes |

**Special Verdict Form - 9**

**Question 3:**   Has Escort and Beltronics proven that it is highly probable that the following claims in the '038 patent are invalid due to obviousness in view of Mr. Orr's alleged prior invention and the '554 reference?  Insert "YES" (claim invalid) or "NO" (claim valid) for each claim.

| '038 patent | |
| --- | --- |
| Claim 3 | NO |
| Claim 5 | NO |

**Question 4:**    Has Escort and Beltronics proven that it is highly probable that the following claims in the '038 patent are invalid due to obviousness in view of Mr. Orr's alleged prior invention and the '007 reference?  Insert "YES" (claim invalid) or "NO" (claim valid) for each claim.

| '038 patent | |
| --- | --- |
| Claim 3 | NO |
| Claim 5 | NO |
| Claim 6 | NO |
| Claim 7 | NO |

**Special Verdict Form - 10**

**Question 5:**   Has Escort and Beltronics proven that it is highly probable that the following claims in the '038 patent are invalid due to obviousness in view of Mr. Orr's alleged prior invention and the Valentine reference?  Insert "YES" (claim invalid) or "NO" (claim valid) for each claim.

| '038 patent | |
|---|---|
| Claim 3 | NO |
| Claim 27 | NO |
| Claim 28 | NO |
| Claim 47 | Yes |
| Claim 48 | Yes |

## FINDINGS ON DAMAGES

What royalty do you find that Mr. Fleming has proven is more likely than not to fairly and reasonably compensate him for Escort's infringement of the '038 patent and the '653 patent?

A royalty payment of $ 750,000⁰⁰.  Lump Sum

DATED: July 3 , 2012

**Special Verdict Form - 11**