Michael S. Dowler
Park, Vaughan, Fleming & Dowler, LLP
5847 San Felipe, Suite 1700
Houston, TX 77057
(713) 821-1540
(713) 821-1401 (facsimile)
mike@parklegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>           Plaintiff,<br><br>v.<br><br>ESCORT, INC. and BELTRONICS USA, INC.<br><br>           Defendants. | Case No. 1:09-cv-00105-BLW<br><br>PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT |

The Court issued a Memorandum Decision and Order on February 21, 2014, wherein the Court: (1) designated plaintiff as the "prevailing party"; (2) granted plaintiff's motion for attorney fees; (3) granted plaintiff's motions for pre- and post-judgment interest; and (4) granted plaintiff's motion for sanctions. (Dkt. No. 376 at pp. 19-20.) The Court also requested that plaintiff submit a petition detailing the precise amount of his fees incurred in the case and in preparing his motion for sanctions. (*Id*.) Plaintiff filed those petitions on February 28, 2014. (Dkt. Nos. 379-380.) Accordingly, while the Court resolves the precise amount of its fee/sanctions award, plaintiff hereby requests, pursuant to Fed. R. Civ. P. 54(b)(2), entry of judgment and an order compelling plaintiffs to immediately escrow the Court's award of pre-judgment interest ($559,479.45) and post-judgment interest ($1,501.42).

There are no outstanding issues before the Court that could possibly change the outcome of this case. In other words, the case is over and defendants lost. Nevertheless, defendants have

refused to pay the Court's award of pre- and post-judgment interest by any date certain. (Exh. A.) This raises a very urgent issue because plaintiff is gravely concerned that defendants are not financially able to pay the awards. As the Court may recall, earlier in the case plaintiff sought—and the Court ordered—defendants to escrow the $750,000 jury award based on the Court's holding that "[t]he testimony at trial revealed Escort's precarious financial situation, and that fact justifies the escrow." (Dkt. No. 336 at p. 6.) Accordingly, for the same reasons the Court previously found, plaintiff requests that the Court enter judgment and order defendants immediately to supplement the existing escrow (under the same terms as previously provided) with the Court's award of pre-judgment interest ($559,479.45) and post-judgment interest ($1,501.42).

March 5, 2014                           Respectfully Submitted

                                        _____/s/_____
                                        Michael S. Dowler
                                        Park, Vaughan, Fleming & Dowler, LLP
                                        5847 San Felipe, Suite 1700
                                        Houston, TX 77057
                                        (713) 821-1540
                                        (713) 821-1401 (facsimile)

                                        Attorneys for Plaintiff Hoyt A. Fleming

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 5th day of March 2014, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons. To the extent any of the foregoing was filed under seal, I have also concurrently served the following persons by email as indicated below.

    Brett A. Schatz
    Gregory F. Ahrens
    WOOD, HERRON & EVANS, L.L.P.
    441 Vine Street
    2700 Carew Tower
    Cincinnati, OH 45202
    bschatz@whepatent.com
    gahrens@whepatent.com

    /s/
    Michael S. Dowler