Michael S. Dowler
Park, Vaughan, Fleming & Dowler, LLP
5847 San Felipe, Suite 1700
Houston, TX 77057
(713) 821-1540
(713) 821-1401 (facsimile)
mike@parklegal.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOYT A. FLEMING,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ESCORT, INC. and BELTRONICS USA, INC.<br><br>　　　　　Defendants. | Case No. 1:09-cv-00105-BLW<br><br>MOTION TO HOLD DEFENDANTS IN CONTEMPT FOR VIOLATING A COURT ORDER AND FOR SANCTIONS |

On July 11, 2014, the Court issued an amended judgment wherein it ordered "that the defendants pay to plaintiff $1,454,404.56…" (Dkt. No. 417.) Despite the Court's order, defendants refuse to pay Mr. Fleming anything. Defendants have not appealed from Court's amended judgment, they have not requested that it be stayed, and they have not posted a bond for the amount of the judgment. The Court previously ruled that defendants' financial condition is "precarious" (Dkt. No. 336 at p. 6), and it is aware from the parties' preliminary injunction briefing (in the parties' second/related case) just how precarious that financial condition is. (Case No. 1:12-cv-0066-BLW at Dkt. Nos. 145 and 167.) Because there is no reason for defendants to continue to defy the Court's order and because Mr. Fleming is concerned that defendants will suffer catastrophic financial failure, Mr. Fleming requests an order holding

defendants in contempt and that sanctions be assessed at $1,000 per day that defendants do not pay as previously ordered.

October 16, 2014                    Respectfully Submitted

                                    _____/s/_____
                                    Michael S. Dowler
                                    Park, Vaughan, Fleming & Dowler, LLP
                                    5847 San Felipe, Suite 1700
                                    Houston, TX 77057
                                    (713) 821-1540
                                    (713) 821-1401 (facsimile)

                                    Attorneys for Plaintiff Hoyt A. Fleming

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of October 2014, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons. To the extent any of the foregoing was filed under seal, I have also concurrently served the following persons by email as indicated below.

>Brett A. Schatz
>Gregory F. Ahrens
>WOOD, HERRON & EVANS, L.L.P.
>441 Vine Street
>2700 Carew Tower
>Cincinnati, OH 45202
>bschatz@whe-law.com
>gahrens@whe-law.com

/s/
Michael S. Dowler